Lewis E. Emery, as Limited Administrator, etc., of Kathleen Emery, Deceased, Respondent, v. The Rochester Telephone Corporation, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 787.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of Loreto Tarentelli and Another, Respondents, for a Peremptory Mandamus Order against City of Corning and Others, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Union Trust Company of Rochester, Respondent, v. Norman W. Mayer, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Kenneth Frank, an Infant, by Frederick J. Mix, His Guardian ad Litem, Respondent, v. Harold Curren, Appellant.— Motion for reargument denied. with ten dollars costs; motion for leave to appeal to the Court of Appeals denied, Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Joseph Frank, Respondent, v. Harold Curren, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of Floyd W. Hoag, an Attorney and Counselor at Law.— Report of referee confirmed and order of disbarment entered. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.